```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,      :
        Plaintiff
                               :

        vs.                    :   CRIMINAL NO.  1:CR-00-46-04

                               :
JOSEPH CORDO,
        Defendant              :
```

O R D E R

AND NOW, this 2nd day of December, 2004, it is ordered that Defendant Cordo's 2255 motion (doc. 243) is stayed pending the United States Supreme Court decision in *United States v. Booker*, No. 04-104, and *United States v. Fanfan*, No. 04-105.

       /s/William W. Caldwell
      William W. Caldwell
      United States District Judge