UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

   v.                            :     Crim. No. 00-CR-0046-04
                                       (Judge Caldwell)
JOSEPH CORDO,                    :

        Defendant.               :

### DEFENDANT'S SUBMISSION OF VERIFICATION OF MOTION TO VACATE SENTENCE

Pursuant to 28 U.S.C. § 2255, Fed.R.Gov. §2255 Proc. 2(b), and Loc.R. 83.32.1 (M.D.Pa.), the defendant, Joseph Cordo, by undersigned counsel, hereby submits his Verification, under penalty of perjury, of the motion to vacate sentence filed with this Court on November 17, 2004. The original verification, signed by Mr. Cordo on November 29, 2004, is attached. It was not available to be physically attached to the motion at the time of filing.

                                 Respectfully submitted,

Dated: December 4, 2004          s/Peter Goldberger
                                 PETER GOLDBERGER
                                   (PA Atty. ID No. 22364)
                                 50 Rittenhouse Place
                                 Ardmore, PA  19003
                                   (610) 649-8200
                                 Counsel for the Movant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

    v. : **Crim. No. 00-CR-0046-04**
       (Judge Caldwell)
JOSEPH CORDO, :

    Defendant. :

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, Fed.R.Gov. 2255 Proc. 2(b) and Loc.R. 83.32.1, Joseph M. Cordo declares, under penalty of perjury, that:

1. I have read the foregoing Motion to Vacate, Set Aside, or Correct Sentence, in which I am the defendant-movant.

2. I know that the factual allegations contained in the motion are true.

3. With respect to facts alleged in the motion upon information and belief, I believe these factual allegations to be true.

4. I declare under penalty of perjury that this Verification is true and correct.

                                                      _/s/ Joseph M. Cordo_
                                                      JOSEPH M. CORDO

Dated: 11/29/04, 2004,
at Fort Dix, NJ