```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
          Plaintiff
                               :

     vs.                       :   CRIMINAL NO.  1:CR-00-46-04

                               :
JOSEPH CORDO,
          Defendant            :
```

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 17, 2004, the Defendant, through counsel, filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. At the time his motion was filed, he requested a stay pending the Supreme Court's decision in *United States v. Booker*, No. 04-104, and *United States v. Fanfan*, No. 04-105. We granted a stay pending the Court's ruling. On January 12, 2005, the Court issued its decision. *United State v. Booker*, ___ U.S. ___, 2005 WL 50108 (2005). The Defendant, in his § 2255 motion, also requested that he be permitted to submit a memorandum of law when the Court reached its decision. We will grant the Defendant's motion to file a memorandum.

AND NOW, this 20th day of January, 2005, it is Ordered that the Defendant's motion to file a memorandum of law in support of his § 2255 motion (doc. 243) is granted. The Defendant shall

have twenty days from the date of this order to file his memorandum, which shall comply with the Local Rules of this court. The government is afforded twenty days from the filing of Defendant's memorandum to file a response.  No further briefing shall occur.

                          /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge