```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
|     Plaintiff | |
| : | |
| vs.   : | CRIMINAL NO. 1:CR-00-46-04 |
| : | |
| JOSEPH CORDO,  | |
|     Defendant   : | |

<u>O R D E R</u>

AND NOW, this 14th day of March, 2005, upon consideration of Defendant's motion for extension of time to file a reply brief (doc. 259), it is Ordered that the motion is granted. Defendant shall file a reply brief on or before March 17, 2005.

                                       <u>/s/William W. Caldwell</u>
                                       William W. Caldwell
                                       United States District Judge