PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 1:CR-00-046-04 |

| DOCKET NUMBER (Rec. Court) |
|---|
|  |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CORDO, Joseph | Middle/PA | Harrisburg |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable William W. Caldwell |

| DATES OF SUPERVISED RELEASE | FROM 02/22/07 | TO 02/21/10 |
|---|---|---|

**OFFENSE**

Conspiracy to Commit Mail Fraud, 18 USC § 371; Conspiracy to Commit Money Laundering and Unlawful Monetary Transactions, 18 USC § 1956(h); Money Laundering, 18 USC § 1956(a)(1)(B)(i); Forfeiture, 18 USC § 982 & 21 USC § 853(p)

**FILED**
**HARRISBURG, PA**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

AUG 0 4 2008

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of New Jersey__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7/14/08_   _[signed] William W Caldwell_
Date        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __NEW JERSEY__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/18/08_   _[signed] Jerome B. Simandle_
Effective Date   United States District Judge