UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
HARRISBURG, PA 17109

August 6, 2008



COURT TRANSFERRED TO: District of New Jersey

RE:     USA v. Joseph Cordo - Judge Caldwell 1:00-CR-0046-01

Dear Sir/Madam:

Pursuant to Judge Caldwell's Order dated July 14, 2008, and your Court's acceptance thereof, this case was transferred to the District of New Jersey. I am enclosing the original case file consisting of the Indictment and Judgment, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

RECEIPT

Acknowledge receipt of above on this  8th  day of  August  2008.

Signed: _____

CASE NO. ASSIGNED:  08-520